IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| TARK, INC. | * | CASE NO: 3:10 cv 244 |
| | | Judge Walter Herbert Rice |
| Plaintiff, | * | |
| v. | * | |
| CB PRODUCTS, INC., et al. | * | **AGREED DISMISSAL ENTRY** |
| | | **WITH PREJUDICE** |
| Defendants | * | |

Upon agreement of the parties, and for good cause shown, all claims asserted or capable of assertion herein by all parties hereto are hereby dismissed with prejudice. Each party shall bear their own costs.

IT IS SO ORDERED.

_____
Judge Walter Herbert Rice

_____
Wayne E. Waite (#0008352)
Matthew DiCicco (#0072889)
Freund, Freeze & Arnold
1800 Fifth Third Center
1 South Main Street,
Dayton, Ohio 45402
(937) 222-2424 phone
(937) 425-0256 fax
*Co-counsel for Plaintiffs
Tark, Inc. and James McCarthy*

_____
Geoffrey S. Trotier (#1047083)
Tara M. Mathison (#1032821)
Davis & Kuelthau, s.c.
111 E. Kilbourn Ave, Suite 1400
Milwaukee, WI 53202
(414) 276-0200 phone
*Counsel for Defendants*